LAW OFFICES OF HUMBERTO DIAZ
HUMBERTO DIAZ (No 157692)
(E-mail: JHDiazLaw@gmail.com)
714 West Olympic Blvd., Suite 450
Los Angeles, CA  90015
Telephone (213) 745-7477
Facsimile  (213) 745-7447

Attorneys for Defendant
EDGAR HERNANDEZ LEMUS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | NO. CR-21-0296-JFW-1 |
|---|---|
| Plaintiff, | DEFENDANT EDGAR HERNANDEZ LEMUS' SENTENCING LETTERS |
| v. | |
| EDGAR HERNANDEZ LEMUS, | |
| Defendant. | |

    Defendant EDGAR HERNANDEZ LEMUS, through counsel, herby files the attached letters for the Court's consideration:

//

Exhibit A: Defendant's Letter to the Court
Exhibit B: Letters from friends and family members.

Respectfully submitted,

DATED: February 25, 2022        By */s/ Humberto Diaz*
                                HUMBERTO DIAZ