# EXHIBIT A

Hola señor Juez buenos dias o tardes, mi nombre es Edgar Hernandez Lemus.
Solo quiero pedir disculpas a los precentes y principalmente a las personas afectas y a usted, por aver echo gastar su tiempo.
Yo no soy una persona mala señor, yo solamente estaba necesitado de dinero y asepte un trabajo para ganar 100 dolores y por aseptar ese trabajo estoy metido en este problema.
Señor quiero que sepa que yo nunca supe de donde probenia lo que yo resibi, nunca supe nada, señor yo nunca me puse de acuerdo con nadie yo salamente segui instrucciones por telefono de una persona que nise quien era y lo hise solo por 100 dolores y la verdad necesitaba esos 100 dolores señor.
Yo desidi ir a juicio por que el trato del fiscal decia cosas que yo nunca e echo y nunca voy hacer, señor no podia aseptor hacerme culpable de algo que yo soy enemigo y pues aqui estamos. Somos seres humanos y cometemos errores, pero creame que no hay un solo dia que pase y que no me arrepienta de aver aseptado ese trabajo. Señor yo tambien tengo familia y me pongo en los zapatos de las personas afectadas y yo nose señor pero yo me volveria loco la verdad.
Señor Juez yo no fui a juicio a buscar inocencia, yo fui por que no me podia hacer culpable de algo que no tengo nada que ver.
Señor yo asepto mi responsabilidad de mis actos y quiero pagar por ello.
Señor yo quiero que usted me jusge y me de un castigo gusto.
Señor recuerde que somos seres humanos y cometemos errores, pues nadie nace sabiendo y de los errores se aprende, y la verdad es que tengo mucha fe en que usted va a tomar una muy buena decision.
Muchas gracias por todas las bonitas experiecias y las malas tambien, gracias por haberme permitido conocer este bonito pais.
Muchas gracias por todo señor Juez.