# EXHIBIT B

TRANSLATION

2/01/2022

Dear Judge, to whom it may concern,

I am asking you in the humblest way, from the deepest of my heart to review my son Edgar Adrian Hernandez Lemus' case, You have psychology knowledge, look at him with your eyes, his way of speaking, his expressions.  He is a young man without ill malice to harm anyone, much less commit the things he is accused of.  I assure you and swear by God and all my children that is the most sacred I have, that my son did not do that.  On the contrary, he is a hard worker and very attentive with other people.  He is very gentle even if he has a tough appearance.  He is a beautiful person and not because I am his mother.  That is the way he is.  He has never had problems with his sisters.  He is very attentive and always looking after them.

I want you to review his case well, so he would not be unjustly judged.  He is 23 years old, with all his life ahead for him to lose all his youth for something he did not do.   I trust and believe in the justice or better in the laws from over there and be just and my son also believes in the laws.  That is why he did not accept things he did not do.

Forgive me but I am a desperate mother that speaks with her soul on her hand to check things well.  Youths sometimes allow themselves to be influenced by smarter people who use them, and because there is no wickedness in their hearts or thoughts, they pay the consequences.  He has always been a very hard worker. As you know he was young when he went there [to the US], studied high school and would still work at night to help the house where he lived, which was his aunt.   But as always happens, the family began to not treat him or see him well so he went to live for three or four years with a couple that loved him like a son.

I ask you with all my heart not to kill my son's hopes, and do not kill me little by little.  For me this is suffering day and night.  Forgive me but I am desperate and do not know what to do.

Sincerely:  Esther Lemus Espinoza
             Tijuana, B.C.  664 7320469

Let me know what happens and what I can do to help my son.

Grateful

2/01/2022

Estimado: Juez — A quén corresponda.

Les pido de la manera más homilde de lo más
profundo de ni corazón, q revisen el caso de mi
hijo, Edgar Adrián Hernández Lemus, ustedes tiene
estudios de psicología, veanlo en sus ojos, su ma
nera de hablar sus espresiones, q es un muchacho
q no tiene maldad, para hacerle daño a nadie,
mucho menos hacer esas de lo q lo acusan, yo
le aseguro y le juro por dios y todos mis hijos
q es lo más sagrado q tengo q mi hijo no
hiso eso, al contrario es trabajador y muy A-
tento con las personas, es muy noble, q aunque
le vea apariencia, dura nijo es muy linda perso-
na y no porque sea yo su madre el así es, nunca
a tenido problemas de ningún tipo con sus -
hermanas es nuy atento y esta al pendiente de
ellas. yo quiciera q revisaran bien su caso
para q no me lo conderan Injustamente.

Tiene 23 años, toda una vida pordelante para
q pierda toda su juventud por algo q
no cometió, espero yo y creo en la Justicia
o bueno más bien leyes de aya q, sean -
Justos y mi hijo Cree también en las las leyes
por eso el no acepta cosas q no hizo.

Perdón soy una mamá desesperada q' le habla con el alma en la mano, q' chequen bién, Veees ellos, los Jovenes se dejan influenciar por personas más listas para utilizarlos y como no hay maldad en el corazón y pensamientos se los llevan entre las paltas, el sienpre a sido muy trabajador, como sabe el se fué chico para allá y estudio lo q' es la Prepatoria acó y aun así trabaja de noche para poder apoyar la casa, donde vivía q era su tía(madre) pero como — sienpre ya ve, la familia me le empezaron hacer maldades, malas caras y se fué a vivir donde fue su domicilio durante 3 años o 4 años un matrinio q' lo quiere como a un hijo.

Les pido de todo corazón no le maten la ilusión a mi hijo y no me maten poco a poco a mi esto es sufrimiento día y noche. perdón estoy desesperada y no ce q hacer.

Att; Esther Lemus Espinoza
Tijuana B. C.   664 7320469

oganme saber q pasa y q' puedo hacer para ayudar a mi hijo. Agradesco.

TRANSLATION

01/01/2022

To whom it may concern:

Through the present I offer my personal recommendation to Edgar Adrian Hernandez Lemus, whom I have known for some years.  I am Edgar's girlfriend; my name is Liliana Rojo.

Since I have known Edgar, he has been a hard-working person, free of all vices, I have never received any type of aggression from him. He is a young man of whom I am totally sure.  He has always tried to give his sister the best of examples.  He has always shown to be a responsible person, hard working.  Edgar is a person with good feelings, he has always liked to do things right.  That is why I am completely sure that he would not harm anyone.  That is why I ask to whoever reads this to have consideration and review his case well.  I love him and I believe in his innocence.

Sincerely:
            Liliana Rojo
            323) 738-5533
            Los Angeles, CA

01/01/2022

A Quien Corresponda:

Por medio de la presente extiendo mi recomendacion personal a Edgar Adrian Hernandez Lemus, a quien Conozco por algunos años. Yo soy novia de Edgar mi nombre es Liliana Rojo. Desde que Conozco a Edgar a sido alguien muy trabajador. Libre de todo tipo de vicios, Jamas he recibido algun tipo de agresion de su parte. El es un buen muchacho de eso estoy totalmente segura. El siempre ah tratado de darle a sus hermanas el mejor de los ejemplos. El Siempre ah demostrado ser una persona responsable y trabajadora. Edgar es una persona de buenos sentimientos siempre le ah gustado hacer las cosas bien. Por eso estoy totalmente segura de que no le haria daño a nadie. Por eso le pido a quien sea que lea esto que tenga consideracion e investigue bien su caso. Lo amo y creo en su inocencia.

Atentamente: Liliana Rojo
            (323)738-5533
            Los Angeles CA

TRANSLATION

Tijuana, B.C., 02-January-2022

Hello, I am Yazahira Hernandez Lemus.  I am the sister of Edgar Adrian Hernandez Lemus.

Well, the reason for this is for my brother.  He is a nice young man, with a good heart attentive and caring with his family.  At his young age he has looked after some of us, helping us with the little he would earn in the USA, where he went only a few years ago, looking for a better life.

I don't think there is anything wrong for anybody to look for a better life, just like he did.  I remember when he left and years later when he returned it as a surprise to all of us who were here.  We had never been separate e before, in spite of the problems, we were always together as siblings, always trying to stay united and helping each other.  I, as Edgar's eldest sister always trying to make sure he was well.

Truthfully, what we are going through is very hard, difficult, and unfair.  I know him well and I can swear before anybody that he would never do anything to harm anyone.  I repeat, he has always being a gentle person, even with people he does know; slow to show his feeling but that is the way we are, it is difficult for us to do that, maybe because of what we have endured as a family.

But even so, Edgar if you read this, you know that God is witness to all and, that everything is going to be well, that we love you with all our  heart and we trust something good will come.  And you know we are always with you, we are always with you.  I hope to see you soon, brother and make you the lasagna that you so like.  We love you.

Tijuana B.C. 02 Enero 2022.

Hola soy Yazahira Hernández Lemus, soy hermana de Edgar Adrian Hernández Lemus.

Bueno, el motivo de esto es por mi hermano, un chico lindo, noble y de buen corazón atento y comprometido con su familia, que a su corta edad a visto por algunos de nosotros ayudandonos con lo poquito que el ganaba en USA. A donde se fue hace apenas algunos años en busca de una vida mejor, creo eso no es malo, que alguien busque tener una vida mejor, tal como lo hizo el recuerdo cuando se fue y años despúes el llego de sorpresa para todas nosotras que estabamos aqui. Nunca nos hemos separado, apesar de los problemas en los que estabamos, nosotros como hermanos siempre hemos tratado de estar unidos y apoyarnos, y yo como hermana mayor para edgar tratando que siempre estuviera bien, de verdad... esto que estamos pasando es muy duro y dificil e injusto yo lo conosco bien y puedo jurar ante quien sea que el no haria algo para lastimar a nadie repito, siempre a sido un muchacho noble, hasta con personas que no conoce. un poco en mostrar sentimientos, pero asi somos nosotros, nos cuesta un tanto eso, por las cosas que hemos pasado como familia quizas. pero aún asi... Edgar si lees esto... Sabes que Dios es testigo de todo y que todo saldra bien y que te amamos con todo el corazón. Confiamos en que algo bueno vendra, ojala y si... Sabes que nosotros estamos contigo y juntos como siempre... Espero poder verte pronto hermano y hacerte tu lasagna que tanto te gusta Te amamos.

TRANSLATION

Tijuana, Baja California, 02 January 2022

Through the present I give my personal recommendation to Edgar Adrian Hernández Lemus, whom I have known all my life.

He las always shown himself to be a very responsible and hand-working person, and thus I consider him to be a person worthy of trust.

My brother Edgar is somebody who is quiet and likes to do things right.

He is free of all types of vices, personally I have never received any type of physical of verbal aggression from him.  On the contrary, he is a good person, and I am totally sure about that.

He has always given us the best of examples.  He says to make sure we really like something and if that is the case to do things right and with effort, we can get all we want.  That is why I am totally sure that he will not harm anyone.  That is why I ask to whoever reads this to have consideration and review his case well.

For anything, I am entirely at your disposal.  I am one of his siters, I love him, and I believe in his innocence.  I know him better than anybody.  He is good and deserves to have his case considered in depth to find his innocence.

Sincerely,

/s/
Erandi Hernandez Lemus
No. 6641943795
Tijuana B.C.

Tijuana, Baja California a 02 de Enero de 2022.

A quien corresponda:

Por medio de la presente extiendo mi recomendación personal a Edgar Adrian Hernández Lemus, a quien conozco de toda la vida.

Él siempre ha demostrado ser una persona muy responsable y trabajadora, por lo que lo considero una persona de digna confianza.

Mi hermano Edgar es alguien tranquilo, alguien a quien le gusta hacer las cosas bien.

Libre de todo tipo de vicios, en lo personal nunca he recibido algún tipo de agresión física o mental de su parte.

Si no todo lo contrario, él es una buena persona, de eso estoy totalmente segura.

Él siempre nos ha dado el mejor de los ejemplos, dice que nos aseguremos de que algo nos gusta realmente y que si es así hagamos las cosas bien, que con esfuerzo todo se consigue.

Por eso estoy totalmente segura de que no haría daño a nadie, por eso pido a quien sea que lea esto que tenga consideración e investigue bien su caso.

Para cualquier cosa me pongo a total disposición, soy una de sus hermanas, amo y creo en su inocencia, lo conozco mejor que nadie, es bueno y merece que consideren su caso con profundidad y encuentren su inocencia.

Atentamente:

Erandi Hernández Lemus

N° 6647943795.        Tijuana  B. C.

TRANSLATION

I am Ricardo Torres.  I have known Edgar for some years.  I am married to his sister

A very hard-working person, every time he would come from Los Angeles he would come to the house here with his sister.  He would always tell me about his construction work and what he did there.

He is a very gentle and humble person.  Respectful as far as I have dealt with him, I think it would be appropriate to reconsider his situation, I cannot believe that he is being accused of such grave things.  When on the contrary he is a good person

Cel.
#6641226913
Tijuana, B.C.

Soy Ricardo Torres, conosco d edgar hace ya algunos años, soy esposo de su hermana, un muchacho muy trabajador. el cada vez que venia de los Angeles llegaba a la casa aqui con su hermana, me platicaba de Su trabajo en construccion y lo que hacia ay.

Es una persona muy noble y humilde. Respetoso, a lo que e tratado con el. Considero que seria bueno reconsiderar la situacion de el, no puedo creer que se le este acusandolo de cosas tan graves cuando el es lo contrario buena onda.

Cel.
# 6641226913
Tijuana B. C.

TRANSLATION

January 4, 2022

To whom it may concern,

My name is Luis Jaime Hernandez Carrillo, I am 35 years old and have lived in Tijuana for 13 years.  I work as a process engineer in Caterpillar and am presently studying for a master's degree in Innovation and Administration on Chain Supplies.  I was born in Michoacan and emigrated to Tijuana to try to better myself.

I have known Edgar Hernandez Lemus for more than 20 years. He is my cousin on my father's side.  Edgar has always been characterized for being a hard-working person, focused on his family's well-being, especially dedicated to protecting his mother and sisters who live in Tijuana.  Besides, he has always sought way to honestly better himself, as he has an upbringing of much lacking and family violence

I am grateful for your time in reading this letter and I am recommending Edgar thoroughly, emphasizing his good qualities as a person and his desire to do things of the best possible way to always be better.

Greetings,
/s/
Luis Jaime Hernandez

Enero 4, 2022

A quien corresponda.

Mi nombre es Luis Jaime Hernández Carrillo, tengo 35 años de edad y actualmente vivo en Tijuana desde hace 13 años, trabajo como ingeniero de procesos en la empresa Caterpillar y actualmente estoy estudiando una maestría en Innovación y Administración de Cadenas de Suministro, nací en Michoacán y por motivos de superación tuve que emigrar a Tijuana.

Conozco a Edgar Hernández Lemus desde hace mas de 20 años ya que es mi primo por parte de mi papá, Edgar siempre se ha caracterizado por ser una persona trabajadora y enfocada a la superación de su familia, especialmente dedicado a la protección de su mamá y sus hermanas que viven en Tijuana, además, siempre ha buscado maneras de superarse honradamente ya que viene de una crianza de muchas carencias y violencia familiar que lo han obligado a comportarse de la manera en que lo describo, incluso, tuvo que salir de Michoacán por la inseguridad que se vive.

Le agradezco su tiempo leyendo esta carta y me permito recomendar ampliamente a Edgar resaltando sus buena cualidades como persona y sus ganas de hacer las cosas de la mejor manera para siempre estar mejor.

Saludos.                    Luis Jaime Hernández

TRANSLATION

Tijuana, Baja California, 4 January 22

To whom it may concern:

My name is Gilberto Hernandez Carrillo, cousin of Edgar Hernandez.  I am 25 years old, working for Schneider Electric as a production supervisor for 2 years.  I am an engineer and have been living in Tijuana for 15 years.

I have known Edgar sine we were kids.  He was a hard-working person since he was little, he has tried to get ahead, to help his mother and sisters stop working.  He has always been considered a person with many values and principles.

Dear Judge, I am asking you to please don't imprison him, so that he can achieve all his goals and dreams and be free with all the people who love him

Without move, I bid farewell,

Greetings,
/s/

Tijuana Baja California 1 enero 22

A quien correspondo:

Mi nombre es Gilberto Hernandez Carrillo, primo de
Edgar Hernandez. Tengo 25 años, actualmente laboro
en la empresa Schneider Electric en el área de
supervisor de production con una antiguedad de
2 años. Soy ingeniero en Gestión empresarial,
viviendo actualmente en tidjuana con aproximadamente
15 años.

Conozco a Edgar desde que hermos niños el
es una persona trabajadora desde pequeño ha
querido salir adelante para sacar de trabajar
a su madre y hermanos. Siempre se ha considerado
una persona honesta, con muchos valores y
principios.

Estimado duez le pido a usted por favor
no encarcelarlo para que así pueda complir
todas sus metos y sueños que tiene y pueda
estar libre con todas las personas que lo
amamos.

Sin más por el momento me despido señor Juez.
Saludos!

TRANSLATION

Tijuana, Baja California, 02 January 2022

To Whom it may concern,

Through the present I am addressing you to ask you in the nicest way to please look well the case of my cousin Edgar Adrian Hernandez Lemus.

I dare to say that I have known him all his life. He has never been a person with problems. Always working well in construction. I do not know if at one time he involved himself with friends, but even then, I do not think him capable of doing something improper. He is an honest young man, nice, humble, quiet, and that is why I do not think he is cable of doing such things. I hope to investigate his case in depth and have justice done.

Without more, I big farewell, remaining at your service if needed.

Sincerely,
Marlen Reyna Lemus
753-147-86-79

A quien corresponda

Por medio del presente me dirigo a usted para pedirle de la manera mas amable por favor indaguen eh el caso de mi primo Edgar Adrian Hernandez Lomas.

Me tomo el atrevimiento de decir que lo conozco de toda la vida, y nunca ha sido una persona de problemas, siempre ha trabajado bien en construccion. Desconosco el momento en el que quiza se dejo envolver por amistades, pero aun asi no lo creo capaz de cometer algo indevido. El es un muchacho honesto, amable, humilde y serio es por eso que no lo creo capaz de cometer cosas asi, ojala indaguen a fondo es su caso y se haga justicia. Sin mas me despido, quedo a su disposicion si es nesesaria

Atti:

Marlen Reyna Lomas

753 - 147 - 86 - 79.

TRANSLATION

Tijuana, Baja California, 3 January 2022

To Whom it may concern,

My name is Alexis Hernandez Carrillo, Edgar's cousin.  I am 29 years old, and working for Oxxo stores in Human Resources for 5 years. I teach accounting and related subjects at UNIPAC University in the city of Tijuana, where I have been living for approximately 15 years, where I have developed myself personally and professionally.  I have a degree in accounting with a specialty in human resources and a Master's in Education.

I have known Edgar since he was small.  We used to play together. His father and mine were brother, and we have always been close.  He is a person committed to his family., characterized for being an important part of his family, because in Michoacan he lived a difficult childhood for the insecurity of the place and the separation of my aunt and uncle.

In spite of those hurdles in Michoacan, he continued his studies, trying to continue helping his family.  Always hard-working and honest. Edgar has his family who await him with love and hope to be able to help each other and get ahead.  My cousin Edgar is a young person, full of live and many plans in need of time to fulfill themselves.

In the most attentive manner, Dear Judge, I am asking you to please do not sent him to prison so that he can fulfill all his purposes. My cousin Edgar can be free with us, the person who love him and so miss him, his family.

Thank you for allowing me to write you, Dear Judge.

/s/

Tijuana, Baja California. 3 Enero 2022.

A quien corresponda.

Mi nombre es Alexis Hernández Carrillo, prima de Edgar. Tengo 29 años, actualmente laboro en Cadena Comercial Oxxo en el área de Recursos Humanos con una antigüedad de 5 años. Soy maestra de Contabilidad y carreras afines en la Universidad UNIPAC en la ciudad de Tijuana, ciudad donde tengo aproximadamente 15 años viviendo. Ah! me he desarrollado personal y profesionalmente. Soy Licenciada en Contaduría con una Especialidad en Recursos Humanos y una Maestría en Educación.

Conozco a Edgar desde pequeño, jugábamos juntos. Su papá y el mío son hermanos por lo cual la cercanía siempre ha existido. Él es una persona muy comprometida con la familia, se caracteriza por ser una parte importante de la familia ya que en Michoacán vivió una infancia difícil por la inseguridad que ese lugar representaba además de la separación de mis tíos. A pesar de todos los inconvenientes suscitados en Michoacán él continuo sus estudios y con las ganas de mantener apoyando a su familia. Trabajador y honesto siempre, Edgar tiene su familia que lo espera con amor y esperanza para poder volver a estar juntos apoyándose, así salir adelante juntos. Mi primo Edgar es una persona joven, lleno de vida con muchos propósitos planificados mismos que necesitarán de tiempo para poderse cumplir.

De la manera más atenta Señor Juez le pido de favor no encarcelarlo para que pueda cumplir esos propósitos y Edgar, mi primo pueda estar libre con nosotros, las personas que lo amamos y extrañamos tanto, su familia.

Gracias por permitirle escribirle Señor Juez.

TRANSLATION

02/01/2022

I, Irma Vega, am letting know to whom it may concern that this letter to open their heart for the injustice that they want to do with the young man Edgar Adrian Hernandez Lemus.  I have known him for a year and for me has always been a very good person, helpful for the time I have dealt with him.

He is boyfriend to my granddaughter Liliana Rojo and well, he treats her well, he is a good person, and I am not in agreement with what he is accused of, it is unjust.

I hope you can understand me.

Sincerely
/s/
Irma Vega

02/01/2022

Yo Inma Vega doy asaber
Akien corresponde esta Carta
Para que se les Abra el Corason
Por lo hinjustisia que se quiere Aser
Con el joben hedgar Adrian Hernandes
Lemus yo tenjo hun Año que
Lo conosco. y pues se me a sido
huna persona, muy buena Serbisia
en el tiempo que lo etratdo. como
es hobio de mi nieta Liliana Rojo
y pues La trata, muy bien es una
buena Persona y pues yo no
estoy de Acuerdo de lo que
se le Acusa que es hinjusto
espero me entiendan
Ate
Inma Vega